No. 77–1089.   HEARST v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   MR. JUSTICE BRENNAN would grant certiorari limited to Questions VII and VIII presented by the petition.

No. 77–1308.   NATIONAL BROADCASTING Co., INC., ET AL. v. NIEMI.   Ct. App. Cal., 1st App. Dist.   Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 77–1329.   OHIO v. TETER.   Ct. App. Ohio, Summit County.   Motion of respondent for leave to proceed in forma pauperis granted.   Certiorari denied.

No. 77–1385.   MAY v. INDIANA.   Ct. App. Ind.   Certiorari denied.   MR. JUSTICE STEWART would grant certiorari.